█ In the Matter of STEVEN C. MARTIN, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents.—Judgment unanimously affirmed *(see, Matter of Hagan v Coughlin,* 100 AD2d 696). (Appeal from judgment of Supreme Court, Cayuga County, Contiguglia, J.—art 78.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN RAY MYERS, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's *Alford* plea *(see, North Carolina v Alford,* 400 US 25) was entered knowingly, voluntarily and with an understanding of its consequences *(supra; see also, People v Lopez,* 71 NY2d 662; *People v Nixon,* 21 NY2d 338, 353; *People v Serrano,* 15 NY2d 304). Moreover, where, as here, defendant entered a bargained plea to a lesser crime it was unnecessary for him to recite a factual basis for the particular crime confessed *(see, People v Hall,* 71 NY2d 1002, 1006; *People v Clairborne,* 29 NY2d 950, 951). We have reviewed defendant's remaining contentions and find them to be lacking in merit. (Appeal from judgment of Seneca County Court, DePasquale, J.—manslaughter, first degree.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.